# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TIENCHAI NARACH, M.D., Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KATHLEEN E. DELANEY, DISTRICT JUDGE, Respondents, and MARY ANN LYONS, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF STEPHEN LYONS; WENDY CASH, INDIVIDUALLY; DHAVAL SHAH, M.D., INDIVIDUALLY; CLINTON ANDERSON, PAC; CLINICAL INFECTIOUS DISEASE SPECIALISTS (ITANI) PC, A NEVADA PROFESSIONAL CORPORATION; MILAN PATEL, M.D., INDIVIDUALLY; AND SUNRISE MOUNTAINVIEW HOSPITAL, INC., A NEVADA DOMESTIC CORPORATION, Real Parties in Interest. | No. 83395  FILED SEP 16 2021 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY_____ DEPUTY CLERK |

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss in a professional negligence matter. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the

burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we do not consider writ petitions challenging orders denying a motion to dismiss a complaint, and we are not persuaded that any exception to the general rule applies here. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.          _____, Sr.J.
Stiglich                                              Gibbons

cc:  Hon. Kathleen E. Delaney, District Judge
     Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
     Collinson, Daehnke, Inlow & Greco
     McBride Hall
     Claggett & Sykes Law Firm
     Hall Prangle & Schoonveld, LLC/Las Vegas
     Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.